# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF
# PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Ebonie Croxton | : | Chapter 7 |
| | : | |
| Debtor | : | Case No.: 20-14389-elf |

## ORDER

AND NOW, this _____ day of December, 2020, upon consideration of the Motion seeking Relief of the Automatic Stay in order to allow the Landlord-Tenant Municipal Court action to proceed by Monica Brown, of The London Star Group, LLC ("Movant"), pursuant to 11 U.S.C. Sections 362(a), any response thereto, and for good cause appearing, it is hereby

ORDERED that the Motion for Stay Relief filed by Monica Brown, of The London Star Group, LLC is hereby GRANTED; and it is further

ORDERED that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby terminated with respect to Monica Brown, of The London Star Group, LLC; and it is further

ORDERED that Monica Brown, of The London Star Group, LLC is entitled to proceed with any and all available state court remedies against the real property known as 6545 N. Bouvier Street, Philadelphia PA 19126 ("Premises").

ORDERED that the fourteen (14) day stay period under Rule 4001(a)(3) is rendered inapplicable and this Order for relief from stay shall take effect immediately upon its execution.

**BY THE COURT:**

_____

ERIC L. FRANK
United States Bankruptcy Judge