# *TENANT NOTICE*

August 8, 2020

Ebonie Croxton
6545 N. Bouvier St.
Philadelphia, PA 19126

**PLEASE TAKE NOTICE** that we are not renewing the month to month lease, to the extent that there is a month to month lease. You are in default and now owe rent of $10,000.00 and water utility of $898.81. You have accumulated $605 in late fees. As stated in your lease agreement you were obligated to transfer all utilities into your name upon move-in. To keep the water utility on, you need to transfer the service into your name. Please also note that the front yard and the back of the property needs to be cleaned out within five (5) business days of receiving this letter. Anything not cleaned out will be thrown out and you will be charged for the cost of any clean out.

Sincerely,

*Monica Brown*
The Londen Star Group, LLC
PO Box 651 CLIFTON HEIGHTS
Pennsylvania 19018
(215)251-4262

CC: Joshua P. Rubinsky, Esq.