UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Ebonie Croxton | : | Chapter 7 |
| | : | |
|    Debtor | : | Case No.: 20-14389-elf |

CERTIFICATE OF SERVICE

   I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Motion Seeking Relief of the Automatic Stay in order to allow the Landlord-Tenant Municipal Court action to proceed by Monica Brown, of The London Star Group, LLC and Notice of Motion by Regular US Mail on the following parties by electronic means or regular US mail:

**William C. Miller, Esq.**
Chapter 13 Standing Trustee

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**Ebonie Croxton (Debtor)**
6545 N. Bouvier St
Philadelphia, PA 19126
PHILADELPHIA-PA

**Allan K. Marshall, Esq. (Debtor's Counsel)**
1819 JFK Blvd. #400
Philadelphia, PA 19103
215-569-1904
Email: akm6940@aol.com