THE LONDEN STAR GROUP

## RESIDENTIAL LEASE

This Residential Lease shall evidence the complete terms and conditions under which the parties whose signatures appear below have agreed. Landlord/Lessor/Property Manager, *Monica Brown* (The Londen Star Group), shall be referred to as "LANDORD" and Tenant(s)/Lessee *Ebonie Croxton* shall be referred to as "RESIDENTS." As consideration for this agreement, LANDLORD agrees to rent/lease to RESIDENTS and RESIDENTS agree to rent/lease from LANDLORD for use solely as a private residence, the premises located at 6545 N. Bouvier St. in the city of Philadelphia, PA 19126.

Term:         12 mths.              Monthly Rent: $1,100.00

Beginning:    07/21/2019            Security Deposit: $1,100.00

Ending:       07/20/2020

Move-In Costs: $390.32 (Partial Month's Rent) + $1,100.00 (Security Deposit) = $1,490.32

2. **PAYMENTS:** The rent for each month must be paid by the 1st day of the month, online or at Landlord's notice address. Landlord need not give notice to pay the rent. Rent must be paid in full without deduction. The first month's rent (and any partial month's rent) will be paid when Resident signs this Lease. **ABSOLUTELY NO CASH ACCEPTED! RESIDENT MUST PAY ONLINE OR PERSONALLY FILL OUT AND SIGN ALL CHECKS AND\OR MONEY ORDERS.** Residents may be required to pay other charges to Landlord under the terms of this Lease and for additional services not covered in this Lease Agreement. Whether or not stated as such, those other charges are considered "added rent." Added rent will be billed and is payable as rent, together with the next monthly rent due. If Resident fails to pay the added rent on time, Landlord shall have the same rights against Resident as if Resident failed to pay rent. Rent and/or other charges are to be paid at such place or method designated by the owner as follows by mail (PO Box 651 Clifton Heights, PA 19018) OR online. All payments are to be made online or by check or money order. All payments are to be made payable to Monica Brown.

3. **SECURITY DEPOSITS:** The total of the above deposits shall secure compliance with the terms and conditions of this agreement and shall be refunded to residents within 30 days after the premises have been completely vacated less any amount necessary to pay landlord; a) any unpaid rent, b) cleaning costs, c) key replacement costs, d) cost for repair of damages to premises and/or common areas above ordinary wear and tear, and e) Unpaid Utilities, f) any other amount legally allowable under the terms of this agreement. A written accounting of said charges shall be presented to residents within 30 days of move-out. If deposits do not cover such costs and damages, the residents shall immediately pay said additional costs for damages to landlord.

4. **LATE CHARGE:** A late fee in the sum of 5% of the payment due shall be added and due for any payment of rent made after the 5th of the month. Any dishonored check shall be treated as unpaid rent, and subject to an additional fee of $45.00.

5. **UTILITIES:** Residents agree to pay all utilities and/or services based upon occupancy of the premises. Utility accounts are to be transferred into tenants name upon move in.

6. **OCCUPANTS:** Guest(s) staying over 15 days without the written consent of Landlord shall be considered a breach of this agreement. ONLY the Residents listed on the lease shall occupy the subject residence for more than 15 days unless the expressed written consent of Landlord is obtained in advance.

Please indicate the names of all who will occupy the residence under this lease agreement:

_Ahmir_

_Amorè_

_____

7. **PETS:** No more than 2 house pets are allowed on or about the premises, without obtaining the prior written consent and meeting the requirements of the Landlord. Such consent if granted shall be revocable at OWNER'S option upon giving a 30 day written notice Agreement. Residents also agree to carry insurance deemed appropriate by OWNER to cover possible liability and damages that may be caused by such animals.

8. **LIQUID FILLED FURNISHINGS:** No liquid filled furniture, receptacle containing more than ten gallons of liquid is permitted without prior written consent and meeting the requirements of the OWNER. RESIDENT also agrees to carry insurance deemed appropriate by OWNER to cover possible losses that may be caused by such items.

9. **PARKING:** When and if RESIDENT is assigned a parking area/space on OWNER'S property, the parking area/space shall be used exclusively for parking of passenger automobiles and/or those approved vehicles listed on RESIDENT'S Application attached hereto. RESIDENT is hereby assigned or permitted to park only in the following area or space street parking/garage/back of the house. Said space shall not be used for the washing, painting, or repair of vehicles. No other parking space shall be used by RESIDENT or RESIDENT'S guest(s). RESIDENT is responsible for oil leaks and other vehicle discharges for which RESIDENT shall be charged for cleaning if deemed necessary by OWNER.

10. **NOISE:** RESIDENT agrees not to cause or allow any noise or activity on the premises which might disturb the peace and quiet of another RESIDENT and/or neighbor. Said noise and/or activity shall be a breach of this agreement.

11. **FIRE, ACCIDENT, DEFECTS, and DAMAGE:** Resident must give Landlord immediate notice of fire, accident, damage, or dangerous or defective condition. If the Residence cannot be used because of fire or other casualty, Resident is not required to pay rent for the time the Residence is unusable (as long as not caused by Resident). If part of the Residence cannot be used, Resident must pay rent for the usable

part. Landlord shall have the right to decide which part of the Residence is usable. If the Residence is damaged by fire or other casualty, Landlord may cancel the Lease. If Landlord decides to cancel, Landlord will notify Resident within 30 days of the fire or casualty. If not, Landlord shall have a reasonable time to repair. In determining what is a reasonable time, consideration shall be given to delays such as settling insurance claims, weather, public authorities, Resident's act or neglect, obtaining estimates, labor or supply problems, or any other cause not fully within Landlord's reasonable control.

12. **CONDITION OF PREMISES:** Residents agrees to keep the premises and all items in good order and good condition and to immediately pay for costs to repair and/or replace any damages done by Residents, his guests and/or invitees, except as provided by law. At the termination of this Agreement, the Residence shall be returned to Landlord in clean and good condition except for reasonable wear and tear and the premises shall be free of all personal property and trash not belonging to Landlord. It is agreed that all dirt, holes, tears, burns, and stains of any size or amount in the carpets, drapes, walls, fixtures, and/or any other part of the premises, do not constitute reasonable wear and tear.

13. **ALTERATIONS:** Residents shall not paint, on or in any portion of the premises without the written consent of the Landlord. Upon moving out, Residents must cover over paint with white paint.

14: **PROPERTY MAINTENANCE:** Residents shall deposit all garbage and waste in a clean and sanitary manner into the proper receptacles and shall cooperate in keeping the garbage area neat and clean. Residents shall be responsible for disposing of items of such size and nature as are not normally acceptable by the garbage hauler. Residents shall be responsible for keeping the kitchen and bathroom drains free of things that may tend to cause clogging of the drains. Residents shall pay for the cleaning out of any plumbing fixture that may need to be cleared of stoppage and for the expense or damage caused by stopping of waste pipes or overflow from bathtubs, wash basins, or sinks. Major maintenance and repair of the leased premises, not due to Residents misuse, waste, or neglect or that of RESIDENTS employee, family, agent, or visitor, shall be the responsibility of the Landlord or Landlord's assigns.

16. **PEST CONTROL:** Provided by Landlord for initial service only.

17. **HOUSE RULES:** Residents shall comply with all house rules as stated on separate addendum, but which are deemed part of this rental agreement, and a violation of any of the house rules is considered a breach of this agreement.

18. **CHANGE OF TERMS:** The terms and conditions of this agreement are subject to future change by Landlord after the expiration of the agreed lease period upon 30-day written notice setting forth such change and delivered to Residents. Any changes are subject to laws in existence at the time of the Notice of Change of Terms.

19. **TERMINATION:** After expiration of the leasing period, a new yearly agreement will need to be signed by Residents. If Residents does not wish to renew the agreement, Residents must give a 30-day written notice of intention to terminate. The premises shall be considered vacated only after keys and other property furnished for Residents use are returned to Landlord. Should the Residents hold over beyond the termination date or fail to vacate all possessions on or before the termination date, Residents shall be liable for additional rent, forfeit their possessions, and shall be liable for damages which may include damages due to Landlord's loss of prospective new renters.

20. **INSURANCE:** Residents acknowledges that Landlord's insurance does not cover personal property damage caused by fire, theft, rain, war, acts of God, acts of others, and/or any other causes, nor shall Landlord be held liable for such losses. Residents are hereby required to obtain his/her own insurance policy to cover any personal losses.

21. **RIGHT OF ENTRY AND INSPECTION:** Landlord may enter, inspect, and/or repair the premises at any time in case of emergency or suspected abandonment. Landlord shall give 24 hours advance notice and may enter for the purpose of showing the premises during normal business hours to prospective renters, buyers, lenders, for smoke alarm inspections, and/or for normal inspections and repairs. Landlord is permitted to make all alterations, repairs and maintenance that in Landlord's judgment is necessary to perform.

20. **ASSIGNMENT:** Residents agree not to transfer, assign or sublet the premises or any part thereof.

22. **PARTIAL INVALIDITY:** Nothing contained in this Agreement shall be construed as waiving any of the Landlord's or Residents rights under the law. If any part of this Agreement shall be in conflict with the law, that part shall be void to the extent that it is in conflict, but shall not invalidate this Agreement nor shall it affect the validity or enforceability of any other provision of this Agreement.

22. **NO WAIVER:** Landlord's acceptance of rent with knowledge of any default by Residents or waiver by Landlord of any breach of any term of this Agreement shall not constitute a waiver of subsequent breaches. Failure to require compliance or to exercise any right shall not be constituted as a waiver by Landlord of said term, condition, and/or right, and shall not affect the validity or enforceability of any provision of this Agreement.

23. **JOINTLY AND SEVERALLY:** The undersigned Residents are jointly and severally responsible and liable for all obligations under this agreement.

24. **NOTICES:** All notices/mail to Residents shall be served at the residence premises and all notices to Landlord shall be served at P.O.BOX 651 CLIFTON HEIGHTS, PA 19018.

25. **INVENTORY:** The premises contain the following items, which the RESIDENT may use. refrigerator, microwave, oven, dishwasher.

26. **KEYS AND ADDDENDUMS:** Residents acknowledge receipt of the following which shall be deemed part of this Agreement: (Please check)
✓ Keys : #of keys and purposes 2 door keys/1 garage door key/2 storm door keys
___ House Rules ___ Pet Agreement ___ Other _____

27. **ENTIRE AGREEMENT:** This Agreement constitutes the entire Agreement between Landlord and Resident. No oral agreements have been entered into, and all modifications or notices shall be in writing to be valid.

28. **LEASE RENEWAL.** At the end of the original term, this Lease shall be automatically renewed on a year to year basis unless either party gives sixty days written notice that they do not intend to renew the terms of this Lease. Landlord has the right to increase the rent for any renewal period by giving Resident seventy days written notice prior to the expiration of the existing Lease term. Notice will include the amount of the increase. Resident shall have ten calendar days from the date of such notice to either accept or reject the increase. If Resident rejects the increase, the Lease will automatically end at the end of the existing term.

29. **RECEIPT OF AGREEMENT:** The undersigned Residents have read and understand this Agreement and hereby acknowledge receipt of a copy of this Rental Agreement.

RESIDENT'S Signature _____    Date July 1, 2019

Landlord's or Agent's Signature _____  Date 7/1/2019