UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Ebonie Croxton                                Chapter 7
                                              Bankruptcy #  NO: 20-14389-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Order Denying Motion of Monica Brown (Landlord)*
*For Modification of Stay*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW, this _____ day of _____ 2021 upon consideration of the Debtor's Answer and a Hearing,

IT IS HEREBY ORDERED

That The Motion of Monica Brown (Landlord) for Modification of Automatic Stay Is Denied.

SO ORDERED                                    BY THE COURT

                                              _____
                                              U.S. BANKRUPTCY JUDGE

**1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Ebonie Croxton                                    Chapter 7
                                                  Bankruptcy #  NO: 20-14389-ELF

****************************************************************

**Debtor's Answer to the Motion of
Monica Brown (Landlord)  for Relief from Automatic Stay**

****************************************************************

Debtor by his attorney, Allan K. Marshall, Esq. Answers the Motion of Monica Brown (Landlord) :

1. Admitted.

2. Admitted.

3. Admitted.

4. The averments of this paragraph are a conclusion of law and therefore, no answer is required.

5. Denied as irrelevant. It should be note that the debtor requested only one continuance.

6. Lanliords claim agisnt the debotrr is dischargeble in this bankrupcty case.

7. Landlord's claim against the debtor is discharge able in this bankruptcy case. The averments of this paragraph are a conclusion of law and therefore, no answer is required.

8. The averments of this paragraph are a conclusion of law and therefore, no answer is required.

9. The averments of this paragraph are a conclusion of law and therefore, no answer is required.

10. Denied.

    WHEREFORE, Debtor demands a hearing.

### FIRST DEFENSE
*LANDLORD FAILED TO COMPLY WITH THE CDC REQUIREMENTS*

11. Landlord did not comply with the Requirements of Cares Act and CDC.

12. Landlord did not comply with the recent legislation passed by the City Council of Philadelphia. See Exhibits 101 to 103 attached.

### SECOND DEFENSE
**Less Drastic Remedy**

12. Even if the moving party is entitled to the Relief from the Stay, the Stay should not be terminated. The Court should rather grant less drastic Relief by conditioning or modifying the Stay.

WHEREFORE, the Debtor requests this Honorable Court to deny the Motion for Modification of the Stay and for such other Relief as the Court deems just and proper.

Respectfully Submitted,

/s/ *Allan K. Marshall, Esq.*
Allan K. Marshall, Esq.
Attorney for Debtor

December 21, 2020

### List of Exhibits

**101-**    **Emergency Housing Protection Act**

**102**    **Affidavit of Compliance**

104    Cares Act