# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF
## PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Ebonie Croxton | : | Chapter 7 |
| | : | |
| Debtor | : | Case No.: 20-14389-elf |

## <u>ORDER</u>

AND NOW, this     23rd     day of December ,2020, upon consideration of the Motion seeking Relief of the  Automatic Stay ("the Motion"), filed by Monica Brown, of The London Star Group, LLC, the response thereto, and for the reasons stated in court, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

ORDERED that the automatic stay provisions of Section 362 of the Bankruptcy Code are **MODIFIED** to permit Monica Brown, of The London Star Group, LLC proceed with  any and all available state court remedies against the real property known as 6545 N. Bouvier Street, Philadelphia PA 19126; and it is further

**ORDERED** that the fourteen (14) day stay period under Rule 4001(a)(3) is rendered inapplicable and this Order for relief from stay shall take effect immediately upon its execution.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**